*Leon Wagman* for motion.
*Murray C. Spett* and *Abraham Shapiro* opposed.

Motion denied, with $10 costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH SANCHEZ, Appellant.

Argued February 27, 1947; decided April 17, 1947.

*John F. McNulty* for appellant.
*John S. Marsh, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. THACHER, DYE and FULD, JJ.

SAMUEL FIELD, Appellant, *v.* MANUFACTURERS TRUST COMPANY, Respondent.

Argued February 27, 1947; decided April 17, 1947.

